USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HUGUES-DENVER AKASSY,

                Petitioner,                            **ORDER**

      -against-                            1:16-cv-07201 (LAP) (KHP)

MICHAEL KIRKPATRICK,

                Respondent.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Presently before the Court are Petitioner's motions for reconsideration of the Court's order sealing document numbers 2 and 4, (doc. nos. 45, 47), and Respondent's motion to seal the current document 45 and replace it with a redacted version (doc. no. 46).  For the reasons set forth in Respondent's motion to seal (doc. no. 46), Petitioners' motions are DENIED and Respondent's motion is GRANTED.  Petitioner is reminded that for all future submissions to the Court, Petitioner is ordered to provide the initials of T.A., the individual identified in paragraph 5 of Petitioner's February 15, 2017 letter (doc. no. 37), rather than the individual's full name.

      The Clerk is directed to replace document numbers 45 and 47 with the attachments to document number 46.  The clerk is also directed to terminate the motions pending at document numbers 45, 46, and 47.

      SO ORDERED.

Dated: March 15, 2017
       New York, New York

                                                         _____
                                                         KATHARINE H. PARKER
                                                        United States Magistrate Judge