UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGHES-DENVER AKASSY,

        Petitioner,

    -versus-

Michael Kirkpatrick,

        Respondent.

16-CV-7201 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Clerk of the Court is directed to mail a copy of this order and the Court's July 16, 2020 order (dkt. no. 97) to Mr. Akassy.  Mr. Akassy's time to serve a notice of appeal is extended for ninety (90) days.

**SO ORDERED.**

Dated:  August 20, 2020
       New York, New York

*[signature: Loretta A. Preska]*

_____
LORETTA A. PRESKA, U.S.D.J.