UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SEP - 9 2020
PRO SE OFFICE

HUGUES-DENVER AKASSY,
    PETITIONER,

v.

Michael Kirkpatrick,
    RESPONDENT.

DOCKET No. 16-CV-7201 (LAP)

Pro Se

Before United States District Judge
Loretta A. Preska:

Petitioner's Emergency Motion
To Request The Court's Decision
On Writ of Habeas Corpus Dated
July 16, 2020, Never Served by
The Clerk of The Court

```
******************************************************************
* The Clerk of the Court shall mail a copy of the Court's         *
* July 16 order (dkt. no. 97) to Mr. Akassy along with a          *
* copy of this order.  SO ORDERED.                                *
******************************************************************
```
LORETTA A. PRESKA, U.S.D.J.

Dated: Sept. 9, 2020

1-18